UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:19-cr- 224-01-JD |
| v. ) | |
| ) | Possession of |
| ALEXANDER ARSENAULT, ) | Unregistered Firearm |
| defendant ) | 26 U.S.C. § 5861(d) |
| ) | |

## INDICTMENT

The Grand Jury charges:

### Count One

[26 U.S.C. § 5861(d) – Possession of Unregistered Firearm]

On or about December 1, 2018, in the District of New Hampshire, the defendant,

ALEXANDER ARSENAULT,

knowingly received and possessed an explosive bomb, which is a firearm as defined in Title 26, United States Code, Section 5845(a)(8) and (f)(1)(A), that was not registered to him in the National Firearms Registration and Transfer Record,

In violation of Title 26, United States Code, Section 5861(d).

Dated: November 13, 2019

A TRUE BILL

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

SCOTT W. MURRAY
United States Attorney

By: /s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney