UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
NOV 14 2019
FILED

IN RE THE MATTER OF:

_Alexander Arsenault_
(Petitioner's Name)

Case No. _19-cr-224-01-JD_
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, _Alexander Arsenault_, respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _11-14-19_

_Alex Arsenault_
Signature of Petitioner

### RULING BY JUDICIAL OFFICER

☒ Request Approved. Appoint Counsel.
☐ Request Denied.
☐ Other: _____

Date: _11/14/2019_

_Andrea K. Johnstone_
U.S. Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)