IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 19-CR-224-JD |
| | ] | |
| ALEX ARSENAULT | ] | |

## ASSENTED-TO MOTION TO CONTINUE

Alex Arsenault respectfully moves the Court to continue his jury trial, currently scheduled for jury selection on January 7, 2020, for approximately 60 days.[1]

As grounds for this motion, it is stated:

Mr. Arsenault is charged with possession of an unregistered explosive. He made his initial appearance on November 14, 2019. The government provided discovery on November 22 and December 4. Counsel and Mr. Arsenault both need additional time to review these materials and then meet to discuss them. Given the volume and nature of the materials provided, counsel is providing these materials to Mr. Arsenault on a thumb drive, but Mr. Arsenault cannot review them until internet monitoring software is installed on his computer, as required by his conditions of release set on November 20. Additionally, counsel is considering possibly retaining one or more experts and needs additional time to assess this matter. In these circumstances, the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

The government, through AUSA Krasinski, has no objection to this motion.

---

[1] No memorandum accompanies this motion because one is not necessary as the government has assented to the motion.

1

WHEREFORE, Alexander Arsenault respectfully moves the Court to continue his jury trial, currently scheduled for jury selection on January 7, 2020, for approximately 60 days.

Respectfully submitted,

*/s/ Behzad Mirhashem*
Behzad Mirhashem
N.H. Bar #10031

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019 the above document was served electronically upon all counsel of record through the CM/ECF filing system.

/s/ *Behzad Mirhashem*
Behzad Mirhashem